**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**CIVIL MINUTES**

**CASE NO:** 05-1886-TC                                             **DATE:** May 22, 2006

**CASE TITLE:** DARCY v. SOCIAL SECURITY ADMINISTRATION

**PRESIDING JUDGE:** THOMAS M. COFFIN

**DEPUTY CLERK:** L. Brinn

---

     Record of order: In light of Order (#13) dated 5/19/06 granting Motion to Remand, Motion (#4) to Dismiss is ordered moot.

---

**DOCUMENT NO:** _____