IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| CRAIG DARCY,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  6:05-CV-1886-TC<br><br><br>FINAL JUDGMENT |

By Order for Remand issued on May 19, 2006, this Court remanded this matter for further administrative proceedings, pursuant to 42 U.S.C. § 405(g), sentence six.  When remand is ordered pursuant to sentence six, the Court retains jurisdiction.  On remand, an administrative law judge for the agency issued a fully favorable decision on February 29, 2008, finding Plaintiff disabled beginning on September 30, 1997 as set forth in Exhibit 1 attached to the joint status

///

report filed by the parties in this case on June 5, 2008. This Court fully adopts the fully favorable decision of the Commissioner which was issued during remand proceedings. This matter is dismissed with prejudice.

DATED this  6  day of  JUNE  2008.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ DAPHNE BANAY
Special Assistant United States Attorney
Of Attorneys for Defendant
(206) 615-2113


s/ Daphne Banay for
MERRILL SCHNEIDER    OSB #77336
Attorney for Plaintiff
(503) 255-9092
(signed per oral authorization)