FILED '08 SEP 08 15:50 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Craig Darcy,
       Plaintiff,

vs.

MICHAEL ASTRUE,
Commissioner of Social Security,
       Defendant.

CV# 05-1886-TC

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,499.99, are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and that costs in the amount of $250.00 should be awarded to Plaintiff pursuant to 28 U.S.C. § 1920. The check(s) shall be mailed to the office of Plaintiff's attorney, Merrill Schneider. There are no expenses to be paid herein.

DATED this 8 day of Sept, 2008.

Thomas Coffin
United States District Judge