Merrill Schneider, OSB # 77336
merrillschneider@schneiderlaw.com
Schneider Law Offices
14415 SE Stark St.
Portland, OR 97233
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CRAIG DARCY,
    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

CV# 05-1886-TC

ORDER FOR ATTORNEY FEES
UNDER 42 U.S.C. § 406(b)

The court finds and orders an attorney fee of $32464.50 pursuant to 42 U.S.C. § 406(b). This court previously awarded Equal Access to Justice Act fees of $7499.99 to Plaintiff's attorneys under 28 U.S.C. § 2412. Upon receipt of the fee of $32464.50, Plaintiff's attorney will refund $7499.99, the EAJA amount previously awarded in this matter, to Plaintiff

Dated this 2 day of February, 2009.

_____
Thomas Coffin
United States District Judge

ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b)
**Schneider Law Offices**
14415 SE Stark St.
Portland OR  97233
(503) 255-9092